■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO LAN, Appellant. [616 NYS2d 200] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.) rendered November 6, 1991 convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against

the weight of the evidence *(see,* CPL 470.15 [5]). We find no merit to the defendant's remaining contention *(see, People v Sprowal,* 84 NY2d 113). Ritter, J. P., Pizzuto, Santucci and Altman, JJ., concur.